A CERTIFIED TRUE COPY
SEP - 5 2001
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 SEP 11 PM 1:22
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
AUG 20 2001
FILED
CLERK'S OFFICE

DOCKET NO. 1355

01-1369 DSD/JMM

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PROPULSID PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-26)***

On August 7, 2000, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 150 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the actions listed on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Louisiana for the reasons stated in the order of August 7, 2000, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
SEP - 5 2001
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

4

CLERK'S OFFICE
A TRUE COPY
OCT 4 2001
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

10-9-01

BB
Doc. 281

# SCHEDULE CTO-26 TAG ALONG CASES
## DOCKET NO. 1355
## IN RE PROPULSID PRODUCTS LIABILITY LITIGATION

SECT. L MAG 3

| DISTRICT | DIV | CIVIL ACTION# | | |
|---|---|---|---|---|
| ALABAMA MIDDLE ALM | 2 | 01-890 | Seamon, et al. v. Johnson & Johnson, et al. | 01-2769 |
| ALABAMA NORTHERN ALN | 6 | 01-1839 | McCauley, etc. v. Johnson & Johnson, et al. | 01-2770 |
| ARIZONA AZ | 2 | 01-1396 | Loewy, et al. v. Johnson & Johnson, et al. | 01-2771 |
| MINNESOTA MN | 0 | 01-1369 | Sandlin, etc. v. Janssen Pharmaceutica, Inc., et al. | 01-2772 |
| OHIO NORTHERN OHN | 1 | 01-1768 | Palzes, etc. v. Johnson & Johnson, et al. | 01-2773 |
| TEXAS NORTHERN TXN | 3 | 01-1369 | Koonsman, et al. v. Johnson & Johnson, et al. | 01-2774 |